IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA           §
                                   §
VS.                                §        CRIMINAL NO. 4:12-CR-205-Y
                                   §
MANUEL RAMIREZ-CORDOBA (1)         §

**ORDER ACCEPTING
REPORT AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE
AND ADJUDGING DEFENDANT GUILTY**

After reviewing all relevant matters of record, including the
Consent to Administration of Guilty Plea and Federal Rule of
Criminal Procedure 11 Allocution by United States Magistrate Judge
and the Report and Recommendation on Plea Before the United States
Magistrate Judge, and no objections thereto having been filed
within fourteen (14) days of service in accordance with 28 U.S.C.
§ 636(b)(1), the undersigned district judge concludes that the
report and recommendation of the magistrate judge on the plea of
guilty is correct, and it is hereby accepted by the Court.
Accordingly, the Court accepts the plea of guilty, and defendant is
hereby adjudged guilty.  The sentence will be imposed in accordance
with the Court's sentencing scheduling order.

SIGNED December 13, 2012.


TERRY R. MEANS
UNITED STATES DISTRICT JUDGE